UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT J. BARNHART,

        Plaintiff,                          CASE NO. 06-13305

-vs-                                         PAUL D. BORMAN
                                                UNITED STATES DISTRICT JUDGE

DAIMLERCHRYSLER CORP.,

        Defendant.
_____/

## FINAL JUDGMENT

**IT IS HEREBY ORDERED** Defendant's Motion for Summary Judgment (Doc. No. 29) is **GRANTED**.

        **SO ORDERED.**

Pursuant to Rule (77d), FRCivP,
Copies have been mailed to: Attorneys of record by electronic means.

Date: 1/31/08

                                                         David Weaver, Clerk of Court

                                                         <u>s/Denise Goodine, Deputy Clerk</u>
                                                         Denise Goodine